**Kimberly R. OLSON, Plaintiff–Appellant,**

v.

**Alan K. JONES, Defendant–Appellee.**

No. 02–35245.
D.C. No. CV–00–03107–CO.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002.*

Decided Aug. 19, 2002.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM***

Kimberly R. Olson appeals pro se the district court's summary judgment for the defendant in her diversity action alleging conversion. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and affirm.

The district court properly granted summary judgment because Olson failed to raise a genuine issue of material fact as to whether Jones stole or damaged her property. *See id.*

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.